# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**SHERYL L. (FOWLER) FOLAND,**

      **Plaintiff,**

v.                                                               Case No.: 07-2184-KHV

**DORIS A. BRINEGAR and**
**BRENT KIRKPATRICK,**

      **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

**NOW** on this 3rd day of March, 2008, the plaintiff and Defendant Brent Kirkpatrick appear before the Court through their attorneys of record.

It is in open Court represented and stated that the plaintiff's claims against Defendant Brent Kirkpatrick have been disposed of by settlement and compromise between the parties hereto and agreed by the parties hereto that same should be dismissed with prejudice to any future action, each party to bear their own costs and attorneys fees.

**IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED** that the plaintiff's claims against Defendant Brent Kirkpatrick are hereby dismissed with prejudice to any future action, with each party to bear their own costs and attorneys fees.

**IT IS SO ORDERED**.

                                                        s/ Kathryn H. Vratil
                                                        Kathryn H. Vratil
                                                        United States District Judge

Approved by:

COUCH, PIERCE, KING
& HOFFMEISTER, CHARTERED


_____
| HAL PIERCE | #09491 |
| MICHAEL W. WHARTON | #16228 |
| BRYAN A. ROSS | #21607 |

12 Corporate Woods, Suite 370
10975 Benson Drive
Overland Park, Kansas  66210-2120
Telephone:  (913) 451-8430
Facsimile:  (913) 451-8531
**ATTORNEYS FOR DEFENDANT**
**BRENT KIRKPATRICK**


Dougherty, Modin & Holloway


_____
Philip R. Holloway                           #
7200 N.W. 86th Street, Ste. D
Kansas City, MO 64153
phone: 816-891-9900
fax: 816-891-9905
email: pholloway@dh-law.com
**ATTORNEY FOR PLAINTIFF**