IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHERYL L. (FOWLER) FOLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 07-2184 KHV |
| | ) |
| DORIS A. BRINEGAR, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL
## WITH PREJUDICE

NOW on this 25th day of March, 2008, the plaintiff and separate defendant, Doris A. Brinegar, appear before the Court through their attorneys of record.

It is in open court represented and stated that the plaintiff's claims against separate defendant Brinegar have been disposed of by settlement and compromise between the parties hereto through a Stipulation for Dismissal, which provides that the plaintiff's claims against separate defendant Brinegar be dismissed with prejudice, each party to bear their own costs.

**IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED, AND DECREED** that the plaintiff's claims against separate defendant Doris A. Brinegar are hereby dismissed with prejudice to any future action, with each party to bear their own costs.

**IT IS SO ORDERED.**

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge